**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Peter Nguyen | Case No.: 10–32144 TEC 13 |
| Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's ORDER ON MOTION FOR EXTENTION OF TIME TO FILE THE REMAINDER OF THE REQUIRED DOCUMENTS AS LISTED ON FORM B200 , filed on July 1, 2010 , it is ordered that this case is hereby **dismissed**.

Dated: 7/26/10

By the Court:

Thomas E. Carlson
United States Bankruptcy Judge